**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Glenn James Hall                                        CHAPTER 13
<u>            Debtor(s)            </u>

BKY. NO. 26-10161 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3 and index same on the master mailing list.

                                       Respectfully submitted,

                                   /s/ *Matthew Fissel*
                                   Matthew Fissel
                                   19 Jan 2026, 15:08:55, EST

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322

Document ID: 023386735a4187915945065e6c61eba1fb9b647ffac3809c520ed68aff3bb8e7