# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenn James Hall | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.:  26-10161-amc |

## CERTIFICATION OF SERVICE

     I, Joseph Quinn, Esquire, attorney for Debtor, certify that I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Bankruptcy Plan

     I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  February 4, 2026         By:     */s/ Joseph Quinn*
                                                     Joseph Quinn, Esquire
                                                     Attorney I.D. No. 307467
                                                     **ROSS, QUINN & PLOPPERT, P.C.**
                                                     192 S. Hanover Street, Suite 101
                                                   Pottstown, PA 19464
                                                   T: 610.323.5300
                                                   JQuinn@rqplaw.com

___

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

**<u>On January 29, 2026</u>**
Matthew K. Fissel
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
On behalf of Creditor Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3
Via:    ☒ CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐e-mail:
           ☐Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Scott F. Waterman, Esq.
ECFMail@ReadingCh13.com
Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

*<u>On February 4, 2026</u>*
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Rebecca Ann Solarz
4140 Church Rd
North Thetford, VT 05054
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

US Attorney's Office
615 Chestnut Street
Philadelphia, PA 19106
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Wells Fargo Bank, National Association, as trustee
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other: