## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    __Glenn James Hall__ _____

Debtor(s)

Case No.    __26-10161__

Chapter    __13__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Glenn James Hall__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __2/13/26__

Signature _____
Glenn James Hall
Debtor