UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Glenn James Hall

               Debtor

Chapter 13
Bankruptcy No.26-10161-AMC

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of May, 2026, by first class mail upon those listed below:

Glenn James Hall
5 Little John Circle
Avondale, PA  19311

**Electronically via CM/ECF System Only:**

ROSS, QUINN & PLOPPERT, P.C.
JOSEPH L QUINN ESQUIRE
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee