United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-10161-amc

Glenn James Hall Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2

Date Rcvd: Sep 23, 2026 Form ID: 211 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Glenn James Hall, 5 Little John Circle, Avondale, PA 19311-9757 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| HARRY GIACOMETTI | harry.giacometti@flastergreenberg.com P100@ecfcbis.com;diana.janansky@flastergreenberg.com |
| HARRY GIACOMETTI | on behalf of Trustee HARRY GIACOMETTI harry.giacometti@flastergreenberg.com P100@ecfcbis.com;diana.janansky@flastergreenberg.com |
| JOSEPH L QUINN | on behalf of Debtor Glenn James Hall CourtNotices@rqplaw.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3 msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Structured Asset Mortgage Investments II Inc., |

GreenPoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3
bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SHERRI DICKS
on behalf of Creditor Wells Fargo Bank shrdlaw@outlook.com shrdlaw@outlook.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Chapter: 7

Glenn James Hall

Debtor(s) Case No: 26−10161−amc

## *ORDER*

AND NOW, 9/23/26 , the debtor having failed to file either a certificate regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the certificate regarding personal financial management was due, ***see*** Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 10/7/26 to file a certificate regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

For The Court

Ashely M. Chan

Chief Judge, United States
Bankruptcy Court